IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN RE: <br> ALAN LEIGH GRIMM AND TAMARA LEE GRIMM <br>     Debtors | CASE No.: 23-50412-RBC <br> CHAPTER: 13 |

WILMINGTON TRUST, NATIONAL ASSOCIATION NOT IN
ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER
TRUSTEE OF OSAT TRUST 2021-1
    Movant

v.

ALAN LEIGH GRIMM AND TAMARA LEE GRIMM
    Debtors/Respondents

and
ANGELA M. SCOLFORO
    Trustee/Respondent

## NOTICE OF MOTION AND HEARING

Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1, has filed papers with the court to move the court for relief from the automatic stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before the time set forth in the Court's pre-hearing Order on this motion, you or your attorney must:

File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
116 N. Main Street, Room 223

Brandon R. Jordan, Esq. VSB #72170
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
804-525-1570
Our Case #: 23-001581

Harrisonburg, VA 22802

You must also send a copy to:

Brandon R. Jordan
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
bjordan@tmppllc.com

Attend the hearing on the motion scheduled to be held September 3, 2025, at 9:30 a.m. via Zoom teleconference. Connection information can be found online at https://www.vawb.uscourts.gov/?q=judges-info/judge-example.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: August 6, 2025
Signature, name, address and telephone number of person giving notice:

/s/ Brandon R. Jordan
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road
Suite 201
Richmond, VA 23230
Virginia State Bar No. VSB #72170
ecfva@tmppllc.com
bjordan@tmppllc.com
Counsel for Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2025, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Angela M. Scolforo

Brandon R. Jordan, Esq. VSB #72170
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
804-525-1570
Our Case #: 23-001581

ascolforo@cvillech13.net

Marshall Moore Slayton
marshall@marshallslayton.com

and on August 6, 2025, a true and correct copy was mailed to the non-CM/ECF participants listed below:

Alan Leigh Grimm
1149 Little Calf Pasture Hwy
Swoope, VA 24479

Tamara Lee Grimm
1149 Little Calf Pasture Highway
Swoope, VA 24479

**Tromberg, Miller, Morris & Partners, PLLC**

**BY:** /s/ Brandon R. Jordan
Attorney for Secured Creditor
5310 Markel Road, Suite 201
Richmond, VA 23230
Telephone #: 804-525-1570
Fax #: 561-338-4077
VSB #72170
ecfva@tmppllc.com
bjordan@tmppllc.com

Brandon R. Jordan, Esq. VSB #72170
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
804-525-1570
Our Case #: 23-001581

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:  
ALAN LEIGH GRIMM AND TAMARA LEE GRIMM  
    Debtors

CASE No.: 23-50412-RBC  
CHAPTER: 13

WILMINGTON TRUST, NATIONAL ASSOCIATION NOT IN
ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER
TRUSTEE OF OSAT TRUST 2021-1  
    Movant

v.

ALAN LEIGH GRIMM AND TAMARA LEE GRIMM  
    Debtors/Respondents

and  
ANGELA M. SCOLFORO  
    Trustee/Respondent

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay, with respect to certain real property of the Debtor having an address of 1149 Little Calf Pasture Highway, Swoope, VA 24479 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 & 157.

2. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtors on August 31, 2023, and Angela M. Scolforo was appointed as the Chapter 13

Brandon R. Jordan, Esq. VSB #72170
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
804-525-1570
Our Case #: 23-001581

Trustee.

3.     As evidenced by the assignments, endorsements, and/or allonges attached to the Note, the Note was transferred to Movant as follows: Pursuant to a Note in the original principal amount of $103,500.00, endorsed in blank, a copy of which is attached hereto, secured by Deed of Trust in the original principal amount of $103,500.00, recorded on August 30, 2002, as Instrument Number 020011226, in the land records of Augusta County, all of which are attached hereto; Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 has a secured claim for the Property.

4.     Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Deed of Trust are secured by the Property.  The lien created by the Deed of Trust was perfected by recording of the Deed of Trust in the office of the Clerk of the Circuit Court of County of Augusta County, Virginia.  A copy of the recorded Deed of Trust is attached hereto.

5.     The legal description of the Property is:

> ALL that certain lot or parcel of land, together with all improvements thereon, and appurtenances thereunto belonging, situated in Pastures District, Augusta County, Virginia, containing 5.145 acres, more particularly shown and described as Lot 8A on "Plat Showing Division of Lot 8, Paul J. Wright Division", dated March 6, 2002, made by Jerry L. Sheffer, Land Surveyor, a copy of which plat is attached thereto and recorded with the Deed dated July 16, 2002, from Charles L. Haggard and Constance L. Haggard, husband and wife, to Tamara L. Grimm, of record in the Clerk`s Office of the Circuit Court of August County, Virginia as Instrument No. 020011224.

6.     The Note is a negotiable instrument under Va. Code § 8.3A-104.  When the Note was endorsed in blank, it became payable to bearer and enforceable by the holder of the Note.  The entity in possession of the Note as of the date of this motion is Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1.

Brandon R. Jordan, Esq. VSB #72170
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
804-525-1570
Our Case #: 23-001581

"Deeds of trust and mortgages are regarded in equity as mere securities for the debt, and whenever the debt is assigned the deed of trust or mortgage is assigned or transferred with it." *Horvath v. Bank of New York, N.A.*, 641 F.3d 617, 623 (4th Cir. 2011) (quoting *Williams v. Gifford*, 139 Va. 779 (1924)).

7.  Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay.

8.  As of July 19, 2025, the total outstanding amount of the Obligations due to the Movant, less any partial payments or suspense balance is:

| | |
|---|---|
| Unpaid Principal Balance | $110,092.21 |
| Interest Due | $2,312.86 |
| Escrow Advance | $637.77 |
| Total Fees | $31.00 |
| Suspense Balance | ($1,445.77) |
| Minimum Outstanding Obligations | $111,628.07 |

9.  The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtors as of July 19, 2025:

| Number of Missed Payments | From | To | Monthly Payment | Total Missed Payments |
|---|---|---|---|---|
| 2 | 06/01/2025 | 07/01/2025 | $823.09 | $1,646.18 |
| | Less suspense balance | | | ($240.39) |
| | **TOTAL** | | | **$1,405.79** |

10. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred

Brandon R. Jordan, Esq. VSB #72170
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
804-525-1570
Our Case #: 23-001581

legal fees and costs.

11.     The estimated value of the Property is $231,600.00.  The basis for such valuation is the County's 2025 Tax Assessment.

12.     Debtor agreed to pay the regular mortgage payments outside of the Plan and is bound by the terms of the confirmed Chapter 13 Plan.

13.     Cause exists for relief from the automatic stay for the following reasons:

   a.  Post-petition payments required by the confirmed plan have not been made to Movant.

**WHEREFORE**, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1.      Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2.      That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3.      For such other relief as the Court deems proper.

Brandon R. Jordan, Esq. VSB #72170
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
804-525-1570
Our Case #: 23-001581

Date: August 6, 2025
Signature, name, address and telephone number of person giving notice:

/s/ Brandon R. Jordan
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road
Suite 201
Richmond, VA 23230
Virginia State Bar No. VSB #72170
ecfva@tmppllc.com
bjordan@tmppllc.com
Counsel for Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1

Brandon R. Jordan, Esq. VSB #72170
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
804-525-1570
Our Case #: 23-001581

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2025, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Angela M. Scolforo
ascolforo@cvillech13.net

Marshall Moore Slayton
marshall@marshallslayton.com

and on August 6, 2025, a true and correct copy was mailed to the non-CM/ECF participants listed below:

Alan Leigh Grimm
1149 Little Calf Pasture Hwy
Swoope, VA 24479

Tamara Lee Grimm
1149 Little Calf Pasture Highway
Swoope, VA 24479

**Tromberg, Miller, Morris & Partners, PLLC**

**BY:** /s/ Brandon R. Jordan
Attorney for Secured Creditor
5310 Markel Road, Suite 201
Richmond, VA 23230
Telephone #: 804-525-1570
Fax #: 561-338-4077
VSB #72170
ecfva@tmppllc.com
kgring@tmppllc.com

Brandon R. Jordan, Esq. VSB #72170
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
804-525-1570
Our Case #: 23-001581